65 F.3d 164
 Narong Tongchinsub, Helen Tongchinsub, Alex Tongchinsub,
Seth Tongchinsub, Narissa Tongchinsub, minors by
their partners and natural guardians,
Narong Tongchinsub, Helen Tongchinsub
v.
William R. Gavlak, Aileen Ann Gavlak, James Gavlak, Irene
Sala, Stanley Sala, Carroll Township, Richard L. Solomon,
police officer, Dean Sento, police officer, Robert Kurty,
police officer, Howard Springer, Chief of Police
 NO. 94-3380
 United States Court of Appeals,
Third Circuit.
 July 06, 1995
 Appeal From: W.D.Pa., No. 92-00543
 
 1
 REVERSED.